NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAT HUVAL RESTAURANT & OYSTER BAR, INC., AQUA FARMS CRAWFISH, INC., CATFISH WHOLESALE, INC., CHARLES BERNARD (DOING BUSINESS AS CHARLES' CRAWFISH PAD), ANDRE LEGER (DOING BUSINESS AS CHEZ FRANCOIS), JIM FRUGE (DOING BUSINESS AS FISHERMAN'S COVE), J. BERNARD SEAFOOD PROCESSING, INC., FRENCH'S ENTERPRISES SEAFOOD PEELING PLANT, AND KOYO CORPORATION OF U.S.A.,**
*Plaintiffs,*

AND

**SKF USA, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY AND MPB CORPORATION,**

*Defendants-Appellees.*

---

2012-1250

---

Appeal from the United States Court of International Trade in consolidated case no. 06-CV-0290, Judge Gregory W. Carman.

---

## ON MOTION

---

## ORDER

The United States Customs and Border Protection moves without opposition for a 7-day extension of time, until April 16, 2012, to respond to SKF USA, Inc.'s motion to stay this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States Customs and Border Protection's response to SKF USA, Inc.'s motion to stay this appeal is due no later than April 16, 2012.

FOR THE COURT

APR 1 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 2 2012

JAN HORBALY
CLERK

cc:  Herbert C. Shelley, Esq.
     Patrick V. Gallagher, Esq.
     Terence P. Stewart, Esq.
     Courtney S. McNamara, Esq.

s21